UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re: CAREY J. MARTIN

CASE NO: 15-10807-BKC RBR

Debtor.
_______________________________________/

**MOTION TO REINSTATE CHAPTER 13 CASE UNDER RULE 60(b)**

COMES NOW the Debtor, CAREY J. MARTIN,by and through the undersigned attorney and file this Motion To Reinstate Chapter 13 Case and as grounds therefore states:

1. That a voluntary Chapter 13 Bankruptcy petition was filed by Debtor to pay off the existing mortgage on his home.

2. The Debtor had lost his previous employment due to the business closing. Debtor has his own business now and can afford to fund the confirmed plan. Debtor has the monies necessary to reinstate the existing chapter 13 case which only has 14 months left of a 40 month plan. The motion is filed under Rule 60 as Debtor did not have the funds to be current within 14 days of the case being dismissed.

3. A foreclosure sale is scheduled for April 26, 2017. It would be beneficial to debtor and creditors if the case were reinstated so as not to prolong the creditor from receiving the monies and allow debtor to pay off the mortgage over the next 16 months in the current plan.

4. That Debtor wants to proceed with his case and requests that the case be reinstated.

WHEREFORE, the Debtor, CAREY J. MARTIN, prays that the Court reinstate the case.

Jared Kullman

______________________________

Jared J. Kullman
Attorney For Debtor
1910 S. State Road 7
Miramar, FL 33023
(954) 629-9319
Bankruptmenow@yahoo.com